STATE of Missouri, Respondent,

v.

J.C. HILL, Appellant.

J.C. HILL, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 56143, 59971.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 23, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 28, 1994.

Application to Transfer Denied Nov. 22, 1994.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals the denial of his *Batson* challenge to the prosecutor's peremptory strikes after this court remanded to the trial court to determine whether said strikes were racially motivated, 854 S.W.2d 486. We affirm. The trial court's denial of Defendant's *Batson* motion is supported by substantial evidence and is not against the weight of the evidence. No jurisprudential purpose would be served by a written opinion.

The denial of Defendant's *Batson* motion is affirmed in accordance with Rule 30.25(b). A memorandum setting forth the reasons for

our decision has been issued to the parties for their use only.